**Dismissed and Opinion Filed April 29, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00496-CR

### DWAYNE ELLIOT ROWLAND, Appellant
### V.
### THE STATE OF TEXAS, Appellee

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F14-00060-Q**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Myers, and Justice Evans
Opinion by Chief Justice Wright

Dwayne Elliot Rowland pleaded guilty to stalking. Pursuant to a plea agreement, the trial court deferred adjudication of guilt and placed appellant on five years' community supervision. Appellant waived his right to appeal as part of the plea agreement. *See Blanco v. State*, 18 S.W.3d 218, 219–20 (Tex. Crim. App. 2000). The trial court certified that appellant has no right to appeal. *See* TEX. R. APP. P. 25.2(a), (d); *Dears v. State*, 154 S.W.3d 610 (Tex. Crim. App. 2005). We dismiss the appeal for want of jurisdiction.

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

Do Not Publish
TEX. R. APP. P. 47
140496F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

DWAYNE ELLIOT ROWLAND, Appellant

No. 05-14-00496-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 204th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F14-00060-Q.
Opinion delivered by Chief Justice Wright,
Justices Myers and Evans participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of
jurisdiction.

Judgment entered April 29, 2014

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE